UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                              Plaintiff,

                                                                               ORDER

                                                                              99-CR-6030L

                      v.

DENNIS GRINER,

                                            Defendant.
_____

On June 30, 2008, defendant Dennis Griner ("Griner") filed, *pro se,* a motion requesting application of the new and correct base offense level regarding cocaine base (Dkt. #58). On July 8, 2008, the Court entered an initial order under 18 U.S.C. § 3582 appointing the Federal Public Defender to represent the defendant (Dkt. #59). Thereafter on September 16, 2008, defendant filed a motion (Dkt. #61) informing the Court that he will be representing himself in this action, *pro se.*

The motion of Dennis Griner to represent himself in this action (Dkt. #61) is granted and the Public Defender's Office is relieved as counsel in this action.

The Court is providing Dennis Griner, under separate cover, copies of Document ## 58, 59, 60, and 61.

Defendant Dennis Griner is hereby directed to reply to the Government's Response (Dkt. #60) on or before October 17, 2008.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       September 17, 2008.